UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY LOUIS LAMON,<br><br>           Plaintiff,<br><br>      v.<br><br>C. PFEIFFER, et.al.,<br><br>           Defendants. | Case No.: 1:20-cv-00896-AWI-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION, AND DENYING PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER<br><br>[ECF Nos. 3, 10, 12] |

Plaintiff Barry Louis Lamon is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 20, 2020, findings and recommendations were issued, recommending that Plaintiff's motion for a temporary restraining order, filed on June 29, 2020, be denied.  (ECF No. 10.)  Plaintiff was granted fourteen days in which to file objections to the findings and recommendations.  (Id.)  On August 3, 2020, Plaintiff filed objections.  (ECF No. 12.)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, including plaintiff's objections, the court finds the findings and recommendations to be supported by the record and proper analysis.

1

Accordingly, it is HEREBY ORDERED that:

1. The findings and recommendations issued by the Magistrate Judge on July 20, 2020 (Doc. No. 10), 2020, are ADOPTED; and
2. Plaintiff's motion for a temporary restraining order, filed on June 29, 2020 (Doc. No. 3), is DENIED.

IT IS SO ORDERED.

Dated: __August 20, 2020__                    _____
                                              SENIOR DISTRICT JUDGE