UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY LOUIS LAMON,<br><br>        Plaintiff,<br><br>    v.<br><br>C. PFEIFFER, et.al.,<br><br>        Defendants. | Case No.: 1:20-cv-00896-AWI-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION, AND DENYING PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER<br><br>(ECF Nos. 19, 20, 21) |

Plaintiff Barry Louis Lamon is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 1, 2020, findings and recommendations were issued, recommending that plaintiff's motion for a temporary restraining order, filed on August 31, 2020, be denied. (ECF No. 20.) Plaintiff was granted fourteen days in which to file objections to the findings and recommendations. (Id.) On September 17, 2020, Plaintiff filed objections. (ECF No. 21.)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including plaintiff's objections, the court finds the findings and recommendations to be supported by the record and proper analysis.

1

Accordingly, it is HEREBY ORDERED that:

1. The findings and recommendations issued by the Magistrate Judge on September 1, 2020, are ADOPTED in full; and
2. Plaintiff's motion for a temporary restraining order, filed on August 31, 2020, is DENIED.

IT IS SO ORDERED.

Dated:   December 3, 2020

SENIOR  DISTRICT  JUDGE