# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY LOUIS LAMON,<br><br>        Plaintiff,<br><br>    v.<br><br>C. PFEIFFER, et.al.,<br><br>        Defendants. | Case No.: 1:20-cv-00896-AWI-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO EXTEND THE TIME TO RETURN WAIVERS OF SERVICE<br><br>(ECF No. 35) |

Plaintiff Barry Louis Lamon is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' request (by way of special appearance) for an extension of time to return waivers of service, filed March 9, 2021.

Good cause having been presented, it is HEREBY ORDERED that Defendants are granted until March 30, 2021, to return signed waivers of service.

IT IS SO ORDERED.

Dated:   **March 10, 2021**

                                                          UNITED STATES MAGISTRATE JUDGE

1