|   |   |
|---|---|
| BARRY LOUIS LAMON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>C. PFEIFFER, et.al.,<br><br>　　　　Defendants. | Case No.: 1:20-cv-00896-AWI-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION, AND DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION<br><br>(ECF Nos. 16, 17) |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

　　　Plaintiff Barry Louis Lamon is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　On August 31, 2020, findings and recommendations were issued, recommending that Plaintiff's motion for a preliminary injunction, filed on August 28, 2020, be denied.  (ECF No. 17.)  Plaintiff was granted fourteen days in which to file objections to the findings and recommendations.  (Id.)  No objections were filed and the time to do so has expired.

　　　In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

///

1

Accordingly, it is HEREBY ORDERED that:

1. The findings and recommendations issued by the Magistrate Judge on August 31, 2020 (Doc. No. 17), are ADOPTED; and

2. Plaintiff's motion for a preliminary injunction, filed on August 28, 2020 (Doc. No. 16), is DENIED.

IT IS SO ORDERED.

Dated:   March 12, 2021                 /s/ [signature]
                                              SENIOR DISTRICT JUDGE