# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BARRY LOUIS LAMON,** | CASE NO. 1:20-cv-00896-AWI-SAB (PC) |
| **Plaintiff,** | |
| v. | **ORDER DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO PAY FILING FEE** |
| **C. PFEIFFER, et al.,** | |
| **Defendants.** | (Doc. No. 55) |

Plaintiff Barry Louis Lamon is appearing pro se and in forma pauperis in this civil rights action under 42 U.S.C. § 1983.

On September 28, 2021, the Court ordered Plaintiff to pay the $400.00 filing fee or the action would be dismissed. Doc. No. 55. Plaintiff has failed to pay the filing fee and the time to do so has now passed. Accordingly, the instant action is DISMISSED, without prejudice, for failure to pay the filing fee.

IT IS SO ORDERED.

Dated:   October 29, 2021

_____
SENIOR DISTRICT JUDGE